STANLEY J. PRESTON (4119)
MARALYN M. REGER (8468)
RYAN B. BELL (9956)
SNOW, CHRISTENSEN & MARTINEAU
Attorneys for Plaintiff Jose H. Cubas
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah  84145
Telephone:  (801) 521-9000
Facsimile: (801) 363-0400

## IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

| | |
|---|---|
| JOSE H. CUBAS,<br><br>                Plaintiff,<br>        vs.<br><br>SKY CHEFS, INC. a Delaware Corporation, d/b/a LSG SKY CHEFS;  and MICHAEL PODLUCKY, an individual; and KERRI ROBERTS , an individual,<br><br>                Defendants. | **PLAINTIFF JOSE H. CUBAS' MOTION TO COMPEL SKY CHEFS INC. TO PRODUCE 30(b)(6) DEPONENTS**<br><br>**Expedited Hearing Requested**<br><br><br>Case No. 2:04-CV-01099TS<br><br>District Judge Ted Stewart<br>Magistrate Judge David O. Nuffer |

Pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), Plaintiff Jose H. Cubas hereby moves the Court for an Order compelling Defendant Sky Chefs, Inc. to produce one or more representatives as 30(b)(6) deponents pursuant to Mr. Cubas' Notice of 30(b)(6) Deposition. Having made good faith efforts to resolve the disputes on the appropriate scope of Sky Chefs' 30(b)(6) deposition, Mr. Cubas requests the aid of the Court in obtaining cooperation with discovery.

Mr. Cubas also moves the Court for an expedited hearing for the disposition of this motion, given the approaching dates of the noticed deposition and the fact discovery cutoff. Further, Mr. Cubas requests that Sky Chefs be ordered to pay reasonable attorneys' fees and costs associated with preparing and arguing this motion, as well as any additional travel expenses caused by Sky Chefs' actions.

This motion is accompanied by a memorandum of points and authorities, which also details and certifies Mr. Cubas' good faith efforts to resolve the above issues without resort to the Court.

DATED this 16th day of March, 2006.

> SNOW, CHRISTENSEN & MARTINEAU
>
> By: /s/ Ryan B. Bell
> Stanley J. Preston
> Maralyn M. Reger
> Ryan B. Bell
> *Attorneys for Plaintiff Jose H. Cubas*

N:\22112\1\Pleadings\Cubas Mot to Compel 30(b)(6).wpd

## *Certificate of Service*

I hereby certify that on March 13, 2006, I electronically filed the foregoing **PLAINTIFF JOSE H. CUBAS' MOTION TO COMPEL SKY CHEFS INC. TO PRODUCE 30(b)(6) DEPONENTS Expedited Hearing Requested** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

>Derek Langston
>Jeffrey J. Droubay
>PARSONS, BEHLE & LATIMER
>201 South Main Street, Suite 1800
>PO Box 45898
>Salt Lake City, UT 84145-0898

>Beth Golub
>Winnie Wong
>SEYFARTH SHAW
>55 East Monroe Street, Suite 4200
>Chicago, IL 60603

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Gary S. Kaplan
>SEYFARTH SHAW
>55 East Monroe Street, Suite 4200
>Chicago, IL 60603

>David O. Nuffer
>Mediator
>US District Court
>350 South Main Street
>Salt Lake City, Utah 84101

                                             /s/ Pamela H. Skoy